**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KATHLENE L. KUROWICKI, Individually and as Personal Representative of the Estate of BARNEY CHESTER KUROWICKI, Deceased | ) | **Case No. 3:25-cv-02534** |
| | ) | |
| | ) | Judge Jeffrey Helmick |
| | ) | |
| Plaintiffs, | ) | **CORPORATE DISCLOSURE STATEMENT** |
| v. | ) | |
| | ) | Corey L. Tomlinson (#0081894) |
| BUCKEYE TRANSPLANT SERVICES, LLC, JOHN DOE PHYSICIANS 1-5; LIFECENTER NORTHWEST; and JOHN DOE PHYSICIANS 6-10 | ) | Kayla L. Henderson (#0096072) |
| | ) | Robison, Curphey & O'Connell, LLC |
| | ) | Four SeaGate, Ninth Floor |
| | ) | Toledo, OH 43604 |
| Defendants. | ) | T: (419) 249-7900 |
| | ) | D: (419) 418-6949 |
| | ) | F: (419) 249-7911 |
| | ) | ctomlinson@rcolaw.com |
| | ) | khenderson@rcolaw.com |
| ______________________________ | ) | *Attorneys for Defendant LifeCenter Northwest* |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any nongovernmental corporate party or any nongovernmental corporation that seeks to intervene in a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant LifeCenter Northwest.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   _____ Yes **__X__ No.**

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: **n/a**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? ______ Yes **__X__ No.**

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:
   **n/a**

3. Identify the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor on whose behalf this Corporate Disclosure Statement is being filed:

   **Washington**

Respectfully submitted,

*/s/Kayla L. Henderson*

Corey L. Tomlinson (#0081894)
Kayla L. Henderson (#0096072)
Robison, Curphey & O'Connell, LLC
Four SeaGate, Ninth Floor
Toledo, OH 43604
T: (419) 249-7900
D: (419) 418-6949
F: (419) 249-7911
ctomlinson@rcolaw.com
khenderson@rcolaw.com
*Attorneys for Defendant LifeCenter Northwest*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to all counsel of record, including:

David A. Martin
Robert F. Daley
Law Office of Robert Peirce – Pittsburgh
Pittsburgh, PA 15146
T: (419) 281-7299
dmartin@peircelaw.com
bdaley@peircelaw.com
*Attorneys for Plaintiffs*

VIA REGULAR US MAIL
Buckeye Transplant Services, LLC
c/o Jeff Arrington, Statutory Agent
12224 Road K
Ottawa, OH 45875

*/s/Kayla L. Henderson*

Corey L. Tomlinson (#0081894)
Kayla L. Henderson (#0096072)
Robison, Curphey & O'Connell, LLC
Four SeaGate, Ninth Floor
Toledo, OH 43604
T: (419) 249-7900
D: (419) 418-6949
F: (419) 249-7911
ctomlinson@rcolaw.com
khenderson@rcolaw.com
*Attorneys for Defendant LifeCenter Northwest*