**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| KATHLENE L. KUROWICKI, Individually and as Personal Representative of the Estate of BARNEY CHESTER KUROWICKI a/k/a BARNEY C. KUROWICKI, Deceased, | No.: 3:25-cv-02534<br><br>JUDGE: Jeffrey J. Helmick |
| Plaintiff, | |
| vs. | |
| BUCKEYE TRANSPLANT SERVICES, LLC; and LIFECENTER NORTHWEST, | |
| Defendants. | |

**STIPULATION TO EXTEND DISCLOSURE REPORT DEADLINES**

AND NOW, come the parties, by and through their respective counsel of record, and file the following Stipulation to Extend Expert Report Disclosure Deadlines. In support thereof, the parties aver as follows:

1. On April 23, 2026, this Honorable Court entered a Case Scheduling Order directing that Plaintiff disclose her expert reports relative to the immunity issues in this matter on or before August 17, 2026.

2. The Parties have stipulated to respective extensions of two (2) additional weeks to disclose their respective experts.

3. Specifically, the Parties have agreed that Plaintiff will disclose her expert reports on or before August 31, 2026, and Defendants will disclose their expert reports on or before October 13, 2026.

4. All other deadlines from the April 23, 2026, Order shall remain in place.

WHEREFORE, the Parties respectfully request this Honorable Court enter the attached Order implementing the new deadlines to identify their respective experts, in writing.

Agreed to by:

ROBERT PEIRCE & ASSOCIATES, P.C.

By: /s/ David A. Martin
DAVID A. MARTIN, ESQUIRE
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
Phone: (412) 281-7229
Email: dmartin@peircelaw.com
*Counsel for Plaintiff*

ROBISON, CURPHEY & O'CONNELL, LLC

By: /s/ Kayla L. Henderson
COREY L. TOMLINSON, ESQUIRE:
KAYLA L. HENDERSON, ESQUIRE
Four SeaGate, Ninth Floor
Toledo, OH 43604
(419) 249-7900
Email: ctomlinson@rcolaw.com; khenderson@rcolaw.com
*Counsel for Defendant LifeCenter Northwest*

THOMAS, THOMAS & HAFER, LLP

By: /s/ G. Richard Murphy
G. RICHARD MURPHY, ESQUIRE
US Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
(412) 926-1443
Email: rmurphy@tthlaw.com
*Counsel for Defendant Buckeye Transplant Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| KATHLENE L. KUROWICKI, Individually and as Personal Representative of the Estate of BARNEY CHESTER KUROWICKI a/k/a BARNEY C. KUROWICKI, Deceased, | No.: 3:25-cv-02534<br>JUDGE: Jeffrey J. Helmick |
| Plaintiff, | |
| vs. | |
| BUCKEYE TRANSPLANT SERVICES, LLC; and LIFECENTER NORTHWEST, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation to Extend Expert Disclosure Deadlines was served by first class United States mail, postage pre-paid and/or by electronic mail, upon counsel for the Defendant(s), addressed as follows, this 14th day of August 2026.

Corey L. Tomlinson, Esquire
Kayla L. Henderson, Esquire
Robison, Curphey & O'Connell, LLC
Four SeaGate, Ninth Floor
Toledo, OH 43604
(419) 249-7900
ctomlinson@rcolaw.com
khenderson@rcolaw.com
*Counsel for Defendant LifeCenter Northwest*

G. Richard Murphy, Esquire
Thomas, Thomas & Hafer, LLP
US Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
(412) 926-1443
rmurphy@tthlaw.com
*Counsel for Defendant Buckeye Transplant Services, LLC*

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

By: /s/ David A. Martin

ROBERT F. DALEY, ESQUIRE
Ohio I.D. No.: 079006
DAVID A. MARTIN, ESQUIRE
Ohio I.D. No.: 103082
SCOTT M. SIMON, ESQUIRE
MARK T. TROYAN, ESQUIRE
*Admitted Pro Hac Vice*

Robert Peirce & Associates, P.C.
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
Phone: (412) 281-7229
Fax: (412) 281- 4229
Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

KATHLENE L. KUROWICKI, Individually and as Personal Representative of the Estate of BARNEY CHESTER KUROWICKI a/k/a BARNEY C. KUROWICKI, Deceased,

Plaintiff,

vs.

BUCKEYE TRANSPLANT SERVICES, LLC; and LIFECENTER NORTHWEST,

Defendants.

No.: 3:25-cv-02534

JUDGE: Jeffrey J. Helmick

**ORDER OF COURT**

AND NOW, to wit, this ___________ day of ____________________, 2026, upon consideration of the within Stipulation to Extend Expert Disclosure Deadlines on behalf of the Parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiff shall disclose her expert reports limited to immunity issues on or before August 31, 2026.

2. Defendants shall disclose their expert reports limited to immunity issues on or before October 13, 2026.

3. All other deadlines set forth in the Court Order dated April 23, 2026, shall remain in place.

**IT IS SO ORDERED.**

BY THE COURT:

________________________________J.